UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS    ENTERED 02/14/2011

IN RE:

David Eugene & Mary Connie Gregory

(Debtor),

BANKRUPTCY CASE NUMBER
04-45564-H1-4

United States District Court
Southern District of Texas
FILED

JAN 1 4 2011

David J. Bradley, Clerk of Court

### PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Bank of America Corporation hereby petitions the Court for $1,386.86 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Bank of America Corporation, creditor.

---

DENIED. The funds are owned by Countrywide. They may not be recovered by Countrywide's shareholder.

2-11-11

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

---

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was sent to a 7105 Corporate Dr. PTX-C209, Plano, TX 75024-1319. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented the original dividend check from being cashed. Furthermore Countrywide Home Loans is a wholly owned subsidiary of Bank of America Corporation as evidenced by exhibit A.

The creditor (s) current/correct mailing address is:

> Bank of America Corporation
> Karen Hartford Polk AVP; Recovery Solutions
> 401 North Tryon Street NC1-021-03-40
> Charlotte, NC 28255
> Phone No. 980.387.5985

Unclaimed.fds
06/23/98