# DILKS & KNOPIK, LLC

"When Success Matters"

Friday, September 09, 2011

United States District Court
Southern District of Texas
FILED

OCT 2 5 2011

David J. Bradley, Clerk of Court

United State District Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

RE:     Case Number: **04-45564-H1-4** /  Debtor(s): David Eugene & Mary Connie Gregory
        **Original Power of Attorney, signed by Bank of America National Association**

Dear Friends:

We are responding to a request from the court in regard to the release of unclaimed monies due and owing to Countrywide Home Loans in the amount of $1,386.86.

The court has asked that we provide an original Power of Attorney, signed by Bank of America National Association.  Please find this original document enclosed with our letter.

Thank you for your assistance with this claim and for the opportunity to provide you with additional materials. Please contact me if there is any further information or evidence that we may provide.

Sincerely,

Brian J. Dilks

BJD/atd
Original Enclosures

1760 Newport Way NW
PO Box 2728
Issaquah, WA 98027

Phone  (425) 836-5728
Fax     (877) 209-8249
Email   admin@dilksknopik.com

www.dilksknopik.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**FILED**

)                              Case: 04-45564-H1-4
RE: David Eugene & Mary Connie Gregory    )
)                              **OCT 2 5 2011**
)                              **AUTHORITY TO ACT**
)                              Limited Power of David J. Bradley, Clerk of Court
Debtor(s)                        )                              Limited to one Transaction

_____)

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Bank of America National Association** with a tax identification number of 94-1687665, ("CLIENT"), appoints **Dilks & Knopik, LLC ("D&K")**, as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,386.86** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Marcia Long_                                    _September 19_, 20_11_
Marcia Long - Vice President, Recovery Officer        Date

| Staple Signatory's Business Card Here | Affix Corporate Seal Below |
|---|---|
| | |

### ACKNOWLEDGMENT

STATE OF ___NC___ )

COUNTY OF _Mecklenburg_ )

On this _19_ day of _September_, _2011_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Marcia Long known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC _[signature]_

Residing at _Charlotte NC_

My Commission expires _3/28/2014_

KRISTEN A. YAROMA
Notary
Public
MECKLENBURG CO., NC

## STATEMENT OF AUTHORITY

The undersigned being duly sworn, states that Marcia Long, VP; Recovery Officer of Bank of America

Corporation is authorized to execute claim documents on behalf of Countrywide Home Loans, Inc, as

required for claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

I affirm that the foregoing is true this ___1___ day of ___July___ 20 _11_

Countrywide Home Loans, Inc

Sign: *Marcia Long*

Name: *Marcia Long*

Title: *VP; Recovery Officer*

On _July 1, 2011_ before me, _Marcia Long_, personally appeared, personally known
to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the
within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her
signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_[signature]_

Notary Public

for the State of _North Carolina_ County of _Mecklenburg_

Commission Expires: _3/28/2016_

KRISTEN A. YAROMA
Notary
Public
MECKLENBURG CO., NC



**Bank of America**

Marcia Long
Assistant Vice President
Recovery Solutions
Recovery Officer

Tel: 704.387.5322 · Fax: 980.233.7063
marcia.long@bankofamerica.com

Bank of America, NC1-026-06-04
505 North Tryon Street, Charlotte, NC
401

BANK OF AMERICA CORPORATION

CERTIFICATE OF ASSISTANT SECRETARY

The undersigned, Allison L. Gilliam, an Assistant Secretary of Bank of America Corporation, a Delaware corporation (herein the "Corporation"), does hereby certify that:

1.    The following person has been duly elected or appointed to the office in the Corporation as indicated below; and that such person holds such office at this time.

| Name | Title |
|------|-------|
| Marcia Long | Vice President |

2.    The following is a true and complete copy of Article IX, Section 1 of the Bylaws of said Corporation and the same is in full force and effect as of the date hereof:

Section 1. **Execution of Instruments.** All agreements, indentures, mortgages, deeds, conveyances, transfers, contracts, checks, notes, drafts, loan documents, letters of credit, master agreements, swap agreements, guarantees, certificates, declarations, receipts, discharges, releases, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, proxies and other instruments or documents may be signed, executed, acknowledged, verified, attested, delivered or accepted on behalf of the Corporation by the Chairman of the Board, the Chief Executive Officer, the President, any Vice Chairman, any Division President, any Managing Director, any Vice President, any Assistant Vice President, or any individual who is listed on the Corporation's Officer's payroll file in a position equal to any of the aforementioned officer positions, or such other officers, employees or agents as the Board of Directors or any of such designated officers or individuals may direct. The provisions of this Section 1 are supplementary to any other provision of these Bylaws and shall not be construed to authorize execution of instruments otherwise dictated by law.

IN WITNESS WHEREOF, I have hereupon set my hand and affixed the seal of the Corporation this 20th day of October, 2010.

(CORPORATE SEAL)

Allison L. Gilliam
Assistant Secretary



## LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I,

Kathy Neeley, Vice President of Bank of America Corporation ("Bank of America"), acting on behalf of Bank of America hereby appoint <u>Marcia Ann Long</u>, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to Bank of America or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Signed this _23_ day of _May_ , 2011

Bank of America Corporation

By _Kathy Neeley_
      Kathy Neeley
      Vice President

Affix
Corporate Seal

Bank of America Corporation    Federal Taxpayer ID <u>56-0906609</u>
Bank of America NA         Federal Taxpayer ID <u>94-1687665</u>

State of <u>North Carolina</u> County of <u>Mecklenburg</u>   _May 23_ , 2011

    The above-named <u>Kathy Neeley</u> known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/<u>her</u> free act and deed.

                Before me: _____
                            Notary Public

(Notary Seal)               My commission expires: _3/28/2014_

Bank of America, N.A., NC1-021-03-40
401 North Tryon Street, Charlotte, NC 28255

♻Recycled Paper